**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

| | | |
|---|---|---|
| COLBY PALMER, | | |
| Plaintiff, | | No. C10-0035-LRR |
| vs. | | |
| UNNAMED, | | ORDER |
| Defendant. | | |

This matter is before the court pursuant to a letter that the plaintiff submitted.  The clerk's office filed the instant action on March 8, 2010.  A letter is insufficient to commence a civil action.  *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading).  Moreover, the plaintiff submits neither the filing fee nor an application to proceed in forma pauperis.  *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis).  Accordingly, this action is dismissed without prejudice.  28 U.S.C. § 1914; 28 U.S.C. § 1915.

**IT IS SO ORDERED**

**DATED** this 9th day of March, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA